UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSEY N. JOLLY,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00272 |

## RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Since Plaintiff filed the present lawsuit, the Defendants granted the visa application upon the spouse of Plaintiff Lindsey N. Jolly. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff respectfully dismisses all claims against the Defendants with prejudice.

HACKING LAW PRACTICE, LLC

*/s/ James O. Hacking, III*
James O. Hacking, III, Bar # MO 46728
10900 Manchester Road, Suite 203
St. Louis, MO 63122
Phone: (314) 961-8200
Fax: (314) 961-8201
Email: jim@hackinglawpractice.com